**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

          Case No.: 26-19103-SMG

FOCUS UTILITY SERVICES, LLC,

          Chapter 7

   Debtor.

_____/

### EXPEDITED MOTION TO CONVERT CASE TO CHAPTER 7

**Movant is an unsecured creditor and the longer this case remains in a chapter 11 the more the chapter 11 administrative expenses will continue to accrue which will take priority of Movant's unsecured claim and the claims of the other unsecured creditors.  As such, Movant respectfully requests that the hearing on this motion be set for <u>August 3, 2026 at 9:30 a.m.</u> along with other matters previously set for this date and time in this case.**

Creditor, the Law Office of Mark S. Roher, P.A. ("Movant"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 1112(b)(4)(F), files this Expedited Motion to Convert Case to Chapter 7, as follows:

1.  On July 12, 2026 (the "Petition Date"), Focus Utility Services, LLC (the "Debtor") filed the Subchapter V case.

2.  In Section 8 of its voluntary petition [Dkt. No. 1], the Debtor elected to proceed under Subchapter V of Chapter 11.

3.  Subchapter V small business debtors are required, upon electing Subchapter V treatment, to "file the documents required by subparagraphs (A) and (B) of section 1116(1) of this title." 11 U.S.C. § 1187(a).  *In re EarthSnap, Inc.*, 670 B.R. 49, 55, 2025 Bankr. LEXIS 1401, *8 (Bankr. E.D. Tex. April 21, 2025).

*4.*  This requirement that a debtor "***shall***—(1) append to the voluntary petition or, in an involuntary case, file ***not later than 7 days after the date of the order for relief***—(A) its most

recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or (B) a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed. . ." 11 U.S.C. § 1116(1) (emphasis added); *Id.*

5. It is now 16 days after the Petition Date, and the Debtor has failed to file these documents.

6. This Court has previously held that "[u]nder Bankruptcy Code section 1112(b)(4)(F), cause for dismissal or conversion also includes the "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter." *In re United Safety & Alarms, Inc.*, 2024 Bankr. LEXIS 540, *3 (Bankr. S.D. Fla. March 6, 2024) (Grossman, J.).

7. "Timely and accurate financial disclosure is the life blood of the Chapter 11 process." *Id.* (citing *Matter of Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991).

8. Accordingly, this case should be converted to a chapter 7 due to the Debtor's failure to comply with 11 U.S.C. § 1112(b)(4)(F).

**WHEREFORE**, Movant respectfully requests the entry of an order converting this case to chapter 7 and providing for such other relief deemed appropriate under the circumstances.

Dated:   July 28, 2026       Respectfully Submitted,

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Law Office of Mark S. Roher, P.A.*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200
By:   */s/ Mark S. Roher*
Mark S. Roher
Florida Bar No. 178098

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 26th day of July, 2026, a true and correct copy of the

foregoing was served by CM/ECF on all parties listed below and shall thereafter be served on

all creditor along with the notice of hearing for this motion.

*/s/ Mark S. Roher*
Mark S. Roher

Linda Marie Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Mark S. Roher, Esq. on behalf of Creditor Law Office of Mark S. Roher, P.A.
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Jaitegh Singh on behalf of Debtor Focus Utility Services, LLC
jsingh@singhfirm.com, pacer@singhfirm.com