UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.  26-19103-SMG
CHAPTER 11

In Re:  FOCUS UTILITY
        SERVICES, LLC

Debtor.

_____/

## NOTICE OF JOINDER IN MOTION TO APPOINT CHAPTER 11 TRUSTEE

Creditor, ELITE EQUIPMENT RENTAL, LLC ("ELITE"), by and through undersigned counsel, files this its Notice of Joinder in the Motion to Appoint Chapter 11 Trustee filed by the Law Office of Mark S. Roher, P.A. at Docket No. 25 (the "Motion"), and states:

1.      ELITE is a creditor and party in interest in this bankruptcy case.

2.      ELITE adopts and joins in the arguments, authorities, and relief requested in the Motion.

WHEREFORE, ELITE EQUIPMENT RENTAL, LLC respectfully requests that the Court grant the Motion to Appoint Chapter 11 Trustee and such further relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy hereof was sent via electronic mail this 29th day of July, 2026 to all parties of record.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
Fla. Bar 0055336
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Boulevard, Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
afriedmanpa@outlook.com