**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                  Case No.: 26-19103-SMG

FOCUS UTILITY SERVICES, LLC,

                                    Chapter 7

      Debtor.

_____/

### SUPPLEMENT[1] TO MOTION TO APPOINT CHAPTER 11 TRUSTEE

Creditor, the Law Office of Mark S. Roher, P.A. ("Movant"), by and through its undersigned counsel and pursuant to 11 U.S.C. §§ 1104, 1112(b) **and 1185(a)**, files this Supplement to its Motion to Appoint Chapter 11 Trustee (the "*Trustee Motion*") [Dkt. No. 25], as follows:

**A.**       **Cause Exists to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1185(a)**

In the interest of brevity, the Trustee Motion is fully incorporated herein.

11 U.S.C. §1185(a) states:

(a)      On request of a party in interest, and after notice and a hearing, the court shall order that the debtor shall not be a debtor in possession for cause, *including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor, either before or after the date of commencement of the case*, or for failure to perform the obligations of the debtor under a plan confirmed under this subchapter.

11 U.S.C. § 1185(a) (emphasis added).

If a party in interest believes that the Chapter 11 debtor should not be the debtor in possession any longer, they may, for cause, seek to either (1) convert the case from Chapter 11 reorganization to a Chapter 7 liquidation or (2) keep the case in Chapter 11, but appoint a trustee.

---

[1]     The purpose of this Supplement is to discuss the applicability of Bankruptcy Code Section 1185(a) as another statutory basis for the appointment of a chapter 11 trustee and the applicability of Judge Russin's decision from the case of *In re No Rust Rebar, Inc*., 641 B.R. 412 (Bankr. S.D. Fla. 2022).

*In re No Rust Rebar, Inc*., 641 B.R. 412, 420 (Bankr. S.D. Fla. 2022) (Russin, J.) (citing 11 U.S.C.

§§ 1104(a), 1112(b), & 1185(a)).

Section 1112(b)(4) contains a list of non-exclusive potential causes for conversion and

sufficient cause to remove a Subchapter V debtor as debtor in possession includes "fraud,

dishonesty, incompetence, or gross mismanagement of the affairs of the debtor, either before or

after the date of commencement of the case . . . or for failure to  perform the obligations of the

debtor under a plan confirmed under this subchapter."  *Id*. at 422-423.

The facts discussed by Judge Russin in the *No Rust Rebar* case appear strikingly similar to

the facts discussed in the pending *Trustee Motion*:

> Smith commingled No Rust's assets with those of the Family and possibly himself, regularly transferred assets between No Rust and other Family members at his sole discretion and failed to maintain sufficient records showing the nature of those transfers and transactions. Other courts have found similar patterns "of intermingling funds and of expedient transfers, and  the absence of proper record keeping" to be sufficient evidence to conclude that the debtor's principal lacks sound business judgment and supports removal of the debtor as debtor in possession. *See In re Rivermeadows Assocs., Ltd*., 185 B.R. 615, 619 (Bankr. D. Wyo. 1995). Certainly, there is more than enough evidence available in the record here to arrive at a similar conclusion.
>
> But this issue goes far beyond Smith's poor practices and goes to the heart of whether Smith can effectively and appropriately discharge his duty to the estate and its creditors. ***At best, Smith's unusual business practices constitute prepetition incompetence and gross mismanagement of the affairs of No Rust***. See 11 U.S.C. § 1185(a). ***At worst, those practices commingled No Rust's assets in a manner that has caused substantial loss to the estate for which there is little reasonable likelihood of recovery unless action is taken to pursue the funds***. See 11 U.S.C. §§ 1112(b)(4)(A)-(B), & 1185(a); *Ashley River*, 2015 Bankr. LEXIS 1008, 2015 WL 1540941, at *9; *In re Harrell*, No. 12-30112, 2013 Bankr. LEXIS 1218, 2013 WL 1403484, at *1-2 (Bankr. S.D. Ga. Mar. 27, 2013).
>
> These circumstances demand an investigation into whether the estate has an interest in any funds in RMC's bank account, in the PayMeOn stock (or the proceeds from its sale), or in any other assets of the other Family members. But only a trustee or the debtor in possession would seemingly have the authority to investigate and prosecute these issues. *See* 11 U.S.C. §§ 544, 548, & 549; *In re Pacific Gas & Elec.*

*Co.*, 281 B.R. 1, 13 (Bankr. N.D. Cal. 2002). The Subchapter V trustee does not have this power and Smith, given his testimony, lacks the inclination. *See* 11 U.S.C. § 1183(b). Left in control, Smith, as the principal of No Rust, would have to investigate and, if necessary, sue himself and his own entities. Clearly, this is an incurable conflict of interest. "***Where the debtor in possession has a conflict of interest in properly investigating and pursuing potential fraudulent transfers" or other claims that may benefit the estate, conversion is appropriate***. *Picacho Hills Utility Co.*, 518 B.R. at 82 (cleaned up); *In re Ancona*, No. 14-10532 (MKV), 2016 Bankr. LEXIS 4114, 2016 WL 7868696, at *9-10 (Bankr. S.D.N.Y. Nov. 30, 2016); *In re Sundale, Ltd.*, 400 B.R. 890, 900 (Bankr. S.D. Fla. 2009). ***Accordingly, the Court concludes Smith's conflict constitutes sufficient "cause" for conversion or removal***.

*Id*. at 424-425.

**WHEREFORE**, Movant respectfully requests the entry of an order appointing a chapter 11 trustee in this case and/or converting this case to one under chapter 7 and providing for such other relief deemed appropriate under the circumstances.

Dated:   July 30, 2026          Respectfully Submitted,

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Law Office of Mark S. Roher, P.A.*
1806 N. Flamingo Road, Suite 300
Pembroke Pines, Florida 33028
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200

By:   */s/ Mark S. Roher*
          Mark S. Roher
          Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2026, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below and by U.S. mail (without the exhibits which are available via email upon request by any creditor or interested party) to those on the attached matrix via certificateofservice.com.

*/s/ Mark S. Roher*
Mark S. Roher

3

Allison L Friedman on behalf of Creditor Elite Equipment Rental, LLC
ralfriedman@hotmail.com

Linda Marie Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Mark S. Roher, Esq. on behalf of Creditor Law Office of Mark S. Roher, P.A.
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Jaitegh Singh on behalf of Debtor Focus Utility Services, LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Barry Seth Turner, Esq. on behalf of Creditor Commercial Credit Group, Inc.
bt@bstpa.com, bstpalaw@gmail.com;paralegal@bstpa.com;bt@ecf.courtdrive.com

Label Matrix for local noticing
113C-0
Case 25-24953-SMG
Southern District of Florida
Fort Lauderdale
Sun Jul 26 10:34:41 EDT 2026

Berkshire Hathaway Homestate Insurance Compa
c/o Jeffrey S. Berlowitz, Esq.
169 E. Flagler Street
Suite 700
Miami, FL 33131-1203

Elite Equipment Rental, LLC
Allison L. Friedman, PA
20533 Biscayne Blvd., Suite 4-435
Aventura, FL 33180-1529

First Citizens Bank & Trust Company
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd Suite 200
Independence, OH 44131-2191

Focus Utility Services, LLC
2600 South SR 7
Miramar, FL 33023-4102

(p)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

2634 Pierce LLC
2875 NE 191stSt.
Ste 601
Miami, FL 33180-2833

ADP TotalSource
c/o Altus Commercial Receivables
2121 Airline Drive, Suite 520
Metairie, LA 70001-5987

ADP Totalsource
c/o Rosenfeld Stein Batta, P.A.
21490 W. Dixie Hwy
Miami, FL 33180-1144

(p)AFCO DIRECT
ATTN SPECIAL COLLECTION ANALYST
150 NORTH FIELD DR SUITE 190
LAKE FOREST IL 60045-2594

(p)AMSCOT CORPORATION
ATTN RUBINA SHALDJIAN
600 N WESTSHORE BLVD #1200
TAMPA FL 33609-1117

Allison L. Friedman, P.A.
20533 Biscayne Blvd.
Ste 4-435
Miami, FL 33180-1529

American Express
c/o Modlin Slinsky, P.A.
1551 Sawgrass Corporate Parkway
Suite 110
Sunrise, FL 33323-2832

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Angelena M. Conant
Angelena M. Root, P.A.
1931 Cordova Road, #303
Fort Lauderdale, FL 33316-2157

Arthur Daniels by Attorney Daniel Hunt
11767 S Dixie Hwy  407
Pinecrest, FL 33156-4438

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Berkshire Hathaway Workers Comp
2775 NE 163rd St.
Ste 100
North Miami Beach, FL 33160-4078

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Chad Levy Law Firm
Attention:  Daniel Hillaire
2844 N. University Dr.
Coral Springs, FL 33065-1425

Commercial Credit Group Inc.
525 N. Tryon St.
Ste. 1000
Charlotte, NC 28202-0210

Contech Engineered Solutions LLC
5 Concourse Pkwy Ste. 1900
Atlanta, GA 30328-6111

Daimler Truck Financial Services USA LLC
Stephen B. Grow
Warner Norcross + Judd LLP
700 Terrace Point Road, Suite 350
Muskegon, MI 49440-1159

Diamler Truck Financial Services USA, LL
14372 Heritage Pkwy
Fort Worth, TX 76177-3300

Elite Equipment Rental LLC
244 W Hwy 40
Ste 203
Homestead, FL 33033

Elite Equipment Rental, LLC
c/o Allison L. Friedman, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, Florida 33180-1529

Elite Security
15600 SW 288 St.
Ste 203
Homestead, FL 33033-1249

Elite Security Alarm Systems Inc.
Neil Ackerman, Esq.
Kirschenbaum & Kirschenbaum, P.C.
200 Garden City Plaza, Suite 315
Garden City, NY 11530-3357

Enterprise Rent a Car
600 Corporate Pkwy Drive
Saint Louis, MO 63105-4211

FRANCES STREET 18, LLC
4800 N. Federal Highway
Suite A-205
Boca Raton, FL 33431-5176

First Citizens Bank
239 Fayettevile Street
Raleigh, NC 27601-1309

Florida Department of Revenue
PO Box 8045
Tallahassee, FL 32314-8045

Infinity Insurance
2201 4th Avenue North
Birmingham, AL 35203-3863

(p)ENRIQUE VASSALLO COLON
ATTN ENRIQUE VASSALLO COLON
1248 NORTH UNVERSITY DRIVE
MS 5730
PLANTATION FL 33322-4709

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jonathan Graham
c/o The Miami Shark P.A.
11767 S. Dixie Highway
Ste 407
Miami, FL 33156-4438

Kemper Commercial Auto
8400 NW 36th Ste
Ste 180
Miami, FL 33166-6691

Law Offices of Jason Gordon
c/o Angelena M. Conant
Angelena M. Root, P.A.
1931 Cordova Road, #303
Fort Lauderdale, FL 33316-2157

Liberty Tire
3100 Burris Rd.
Fort Lauderdale, FL 33314-2211

Michael L. Grant
c/o Warren & Grant, P.A.
4800 N. Federal Highway
Suite A-205
Boca Raton, FL 33431-5176

Neil Ackerman
Kirschenbaum & Kirschenbaum, P.C.
200 Garden City Plaza, Suite 315
Garden City, NY 11530-3357

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Paychecks
911 Panorama Trail South
Rochester, NY 14625-2396

Progressive Premiums
300 North Commons Blvd.
Miami, FL 33166

Ring Power Corporation
500 World Commerce Pkwy
Saint Augustine, FL 32092-3788

Salter Property Management
4800 N. Federal Highway
Ste A-205
Boca Raton, FL 33431-5176

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

State of Florida  Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Stephen B. Grow
Warner Norcross + Judd LLP
700 Terrace Point Road
Suite 350
Muskegon, MI 49440-1159

Sychrony Bank
777 Long Ride Road
Stamford, CT 06902-1247

TD Retail Card Services
PO Box 100114
Attn:  Customer Service
Columbia, SC 29202-3114

The Gold Coast Group 2, Inc.
4613 North University Drive
Ste 576
Coral Springs, FL 33067-4602

Translease
1400 W 62nd Ave.
Denver, CO 80221-2400

United Rentals
100 First Stamford Place
Ste 700
Stamford, CT 06902-9200

Wilson Law Firm South Florida, P.A.
Attn:  Paul E. Wilson, Esq.
1776 N. Pine Island Rd.
Ste 311
Fort Lauderdale, FL 33322-5235

(p)LAW OFFICE OF MARK S  ROHER  P A
1806 N FLAMINGO ROAD
SUITE 300
PEMBROKE PINES FL 33028-1032

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Miami-Dade Office of the Tax Collector (Roge
200 NW 2nd Avenue
Miami, FL 33128

AFCO Direct
150 North Field Drive
Ste 190
Lake Forest, IL 60045

AMSCOT
600 N. West Shore Blvd.
Ste 1200
Tampa, FL 33609

Internal Revenue Service
1248 N University Drive
M/S 5730
Fort Lauderdale, FL 33322

(d)Miami-Dade Office of the Tax Collector
c/o Nikolas Rogers
200 NW 2nd Avenue
Miami, FL 33128

Spring Oaks Capital LLC
1400 Crossways Blvd
Ste 100B
Chesapeake, VA 23320

(d)Spring Oaks Capital LLC
PO Box 1216
Chesapeake, VA 23327

Mark S. Roher Esq.
Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Road, Suite 300
Pembroke Pines, FL 33028

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Commercial Credit Group Inc.

(d)Commercial Credit Group, Inc.
525 N. Tryon Street
Ste 1000
Charlotte, NC 28202-0210

(d)FIRST CITIZENS BANK & TRUST COMPANY
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131-2191

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58