UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.  26-19103-SMG
CHAPTER 11

In Re:  FOCUS UTILITY
       SERVICES, LLC

Debtor.
_____/

## NOTICE OF JOINDER IN MOTION TO APPOINT CHAPTER 11 TRUSTEE

Creditors,  Arthur  Daniels  and  Johnathan  Graham,  by  and  through  undersigned  counsel,

files this its Notice of Joinder in the Motion to Appoint Chapter 11 Trustee filed by the Law Office

of Mark S. Roher, P.A. at Docket No. 25 (the "Motion"), and states:

1.     Jonathan Graham and Arthur Daniels are creditors and parties in interest in this bankruptcy case.

2.     Jonathan Graham and Arthur Daniels adopt and join in the arguments, authorities, and relief requested in the Motion

WHEREFORE, onathan Graham and Arthur Daniels respectfully request that the Court

grant the Motion to Appoint Chapter 11 Trustee and such further relief as the Court deems just

and appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy hereof was sent via electronic mail this 31st day

of July, 2026 to all parties of record.

/s/  *Daniel H. Hunt*

**Daniel H. Hunt, Esq.**
Florida Bar No.: 121247
THE MIAMI SHARK P.A.
dhuntlaw@gmail.com
dan@themaimishark.com
jackie@themiamishark.com
11767 S. Dixie Hwy #407
Miami, FL 33156
Telephone: (305) 507-0511