UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.  26-19103-SMG
CHAPTER 11

In Re:  FOCUS UTILITY
       SERVICES, LLC

Debtor.
_____/

**NOTICE OF JOINDER IN MOTION TO CONVERT [DE 28]**

Creditors, Arthur Daniels and Johnathan Graham, by and through undersigned counsel, files this its Notice of Joinder in the Motion to Convert Case to Chapter 7 filed by the Law Office of Mark S. Roher, P.A. at Docket No. 28 (the "Motion"), and states:

1.     Jonathan Graham and Arthur Daniels are creditors and parties in interest in this bankruptcy case.

2.     Jonathan Graham and Arthur Daniels adopt and join in the arguments, authorities, and relief requested in the Motion.

**WHEREFORE,** Jonathan Graham and Arthur Daniels respectfully request that the Court grant the Motion to Convert to Chapter 7 and grant such further relief as the Court deems just and appropriate.

<strong>CERTIFICATE OF SERVICE</strong>

I hereby certify that a true and correct copy hereof was sent via electronic mail this 31st day of July, 2026 to all parties of record.

Date:  July 31, 2026

Respectfully submitted,

/s/__*Daniel H. Hunt*___
**Daniel H. Hunt, Esq.**
Florida Bar No.: 121247
THE MIAMI SHARK P.A.
dhuntlaw@gmail.com
dan@themaimishark.com
jackie@themiamishark.com
11767 S. Dixie Hwy #407
Miami, FL 33156
Telephone: (305) 507-0511