**ORDERED in the Southern District of Florida on October 22, 2026.**

Scott M. Grossman, Chief Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re: Case No. 26-19103-SMG

FOCUS UTILITY SERVICES, LLC, Chapter 11 (Subchapter V)

Debtor.
_________________________________/

**ORDER DENYING CONTINUED USE OF CASH COLLATERAL [ECF NO. 17]**

THIS MATTER came before the Court at the October 21, 2026, 2:00 p.m. continued hearing on the Debtor's Motion to Authorize Use of Cash Collateral Effective as of the Petition Date [ECF No. 17] (the "Motion").

On August 5, 2026, the Court entered the First Interim Order [ECF No. 57], authorizing the Debtor to use cash collateral through September 11, 2026, subject to the approved budget and the terms of that Order. On September 15, 2026, the Court entered the Second Interim Order [ECF No. 81], extending that authorization through the last day of the budget attached to that Order and scheduling a further hearing for September 30, 2026.

By Order entered October 1, 2026 [ECF No. 90], the Court continued the September 30 hearing to October 21, 2026, at 2:00 p.m. Despite the additional time, the Debtor had not filed an updated thirteen-week budget by the October 21 hearing.

Having considered the Motion and being otherwise fully advised in the premises, it is ORDERED:

1. The Motion is DENIED to the extent it seeks authorization for continued use of cash collateral.

2. No extension or renewal of the authority to use cash collateral under the First Interim Order [ECF No. 57] or the Second Interim Order [ECF No. 81] is granted by this Order.

###

Submitted by:

**SINGH LAW FIRM, P.A.**
Counsel for Debtor and Debtor in Possession

Jaitegh Singh, Esq.
Florida Bar No. 100800
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (866) 746-4452
Email: jsingh@singhfirm.com

Copies furnished to:

All parties entitled to notice.

Jaitegh Singh, Esq. must serve a copy of this Order upon all parties entitled to notice and file a certificate of service as required by Local Rule 9036-2.