**ORDERED in the Southern District of Florida on October 22, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:
FOCUS UTILITY SERVICES, LLC,
Debtor.
_____________________________________/

Case No. 26-19103-SMG
Chapter 11 (Subchapter V)

**ORDER DENYING DEBTOR'S FIRST MOTION TO EXTEND DEADLINE TO FILE SUBCHAPTER V PLAN [ECF NO. 92]**

THIS MATTER came before the Court at the October 21, 2026, 2:00 p.m. hearing on the Debtor's First Motion to Extend Deadline to File Subchapter V Plan [Dkt. No. 92] (the "Motion"). Having considered the Motion, the Court finds that the Debtor has not established grounds for the requested extension under 11 U.S.C. § 1189(b).

Accordingly, IT IS ORDERED:

1. The Motion is DENIED.

###

Submitted by:

**SINGH LAW FIRM, P.A.**
Counsel for Debtor and Debtor in Possession

Jaitegh Singh, Esq.
Florida Bar No. 100800
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Telephone: (866) 746-4452
Email: jsingh@singhfirm.com

Copies furnished to:

All parties entitled to notice.

Jaitegh Singh, Esq. must serve a copy of this Order upon all parties entitled to notice and file a certificate of service as required by Local Rule 9036-2.