UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FOCUS UTILITY SERVICES, LLC, | : | CASE NO. 26-19103-SMG |
| | : | |
| Debtor. | : | |

**MOTION OF UNITED STATES TRUSTEE TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 OR TO DISMISS THIS CASE**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a) and respectfully moves this Court to enter an order converting this case to chapter 7 or dismissing the above-styled case. As cause therefore, the United States Trustee shows as follows.

1. Focus Utility Services, LLC ("Debtor") filed a voluntary petition under subchapter V of Chapter 11 of the Bankruptcy Code on July 12, 2026 (Dkt. No. 1).

2. On July 13, 2026, the United States Trustee appointed Linda Marie Leali as the subchapter V trustee (Dkt. No. 7).

3. Prior to filing this subchapter V case, Debtor filed a chapter 11 case. That chapter 11 case was voluntarily dismissed on May 7, 2026 (the "Dismissal Order") (Case No. 25-24953, Dkt. No. 53). The Dismissal Order required Debtor to file all outstanding operating reports within 20 days of the entry of the Dismissal Order. Although Debtor filed the outstanding operating reports, they were not filed timely in accordance with the Dismissal Order (Case No. 25-24953, Dkt. No. 53).

4. In its Chapter 11 Case Management Summary, Debtor indicated that it provides hydro-excavation and related services to the power delivery industry (Dkt. No. 15). The

Debtor filed this case due to ongoing state court litigation and garnishment proceedings (Dkt. No. 15).

5. Under 11 U.S.C. §1189, the Debtor was required to file its subchapter V plan on or before October 13, 2026.

6. On October 9, 2026, the Debtor filed a motion to extend its deadline to file its subchapter V plan from October 13, 2026, until October 27, 2026 (Dkt. No. 92).

7. On October 22, 2026, the Court entered an order denying the Debtor's motion (Dkt. No. 103).

8. The Debtor has failed to file its monthly operating report for September 2026.

9. On October 22, 2026, the Court entered an order denying the Debtor's continued use of cash collateral due to the Debtor's failure to file an updated thirteen-week budget (Dkt. No. 102).

10. The Debtor has failed to timely file a Chapter 11 plan.

11. Section 1112(b)(1) provides that after notice and a hearing, the Court shall dismiss or convert a case if the movant establishes cause.

12. Section 1112(b)(4) provides a non-exhaustive list of causes for conversion or dismissal. *In re 3 Ram, Inc*., 343 B.R. 113, 117 (Bankr. E.D. PA. 2006) ("While the enumerated examples of cause to convert or dismiss a chapter 11 case now listed in § 1112(b)(4) have changed under BAPCPA, the fact that they are illustrative, not exhaustive has not.").

13. Pursuant to 11 U.S.C. §1112(b)(4)(J), a debtor's failure to timely file a plan within the time fixed by the Bankruptcy Code, constitutes cause to convert or dismiss a Chapter 11 case.

14. Under 11 U.S.C. §1189(b), the Debtor was required to file its Chapter 11 plan on or before October 13, 2026. The Court denied the Debtor's request to extend this deadline.

15. Accordingly, the Court should convert this case to Chapter 7 or dismiss this case, pursuant to 11 U.S.C. §1112(b)(4)(J).

16. Pursuant to 11 U.S.C. §1112(b)(4)(F), a debtor's failure to satisfy timely any reporting requirement constitutes cause for the conversion or dismissal of the case.

17. The Debtor has failed to timely file its September 2026 monthly operating report. Accordingly, the Court should convert or dismiss this case pursuant to 11 11 U.S.C. §1112(b)(4)(F).

18. Based on the foregoing, the United States Trustee submits that it would be in the best interests of creditors to convert this case to Chapter 7 or to dismiss this case.

WHEREFORE, the United States Trustee respectfully requests the Court enter an order converting this case to Chapter 7 or dismissing this case and for such other and further relief as may seem just and proper.

Dated: October 21, 2026

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By:____________/s/____________
Martin P. Ochs
Georgia Bar No. 091608
New York Bar No. MO-1203
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the MOTION OF UNITED STATES TRUSTEE TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 OR TO DISMISS THIS CASE was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system to the following:

- **Heather A DeGrave** hadegrave@hahnlaw.com, jaduncan@hahnlaw.com
- **Allison L Friedman** ralfriedman@hotmail.com
- **Malinda L Hayes** malinda@mlhlawoffices.com, hayes.malindab120631@notify.bestcase.com;hayes.malindab120631@notify-prod.bestcase.com;yamile@mlhlawoffices.com
- **Daniel H Hunt** dhuntlaw@gmail.com
- **Linda Marie Leali** trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com
- **Geoffrey J Peters** colnationalecf@weltman.com, colnationalecf@weltman.com
- **Mark S. Roher** mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Jaitegh Singh** jsingh@singhfirm.com, pacer@singhfirm.com
- **Barry Seth Turner** bt@bstpa.com, bstpalaw@gmail.com;paralegal@bstpa.com;bt@ecf.courtdrive.com

DONE this the 21 day of October, 2026.

By:__________/s/__________

Martin P. Ochs
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov